FORMER EASTERN PILOTS GRANTED THE RIGHT TO SUBSTITUTE COUNSEL, Petitioners, v. CONTINENTAL AIRLINES.

No. 97-1036.

Supreme Court of the United States.

Feb. 23, 1998.

Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Bryan Lee LINDGREN, petitioner,
v. Ricky Dale ANDERSON.
No. 97-1029.

Supreme Court of the United States.

Feb. 23, 1998.

Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

LPP CLAIMANTS, petitioner,
v. CONTINENTAL
AIRLINES.
No. 97-1030.

Supreme Court of the United States.

Feb. 23, 1998.

Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.